UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID P. LYLE and LEEANN C. LYLE,

    Plaintiffs,

v.                                            Case No.  6:13-cv-150-Orl-36TBS

SUNTRUST MORTGAGE, INC., BRANCH
BANKING AND TRUST COMPANY, and ALL
UNKNOWN PARTIES, etc.,

    Defendants.

## ORDER

This case comes before the Court on Defendant Branch Banking and Trust Company's Unopposed Motion for Enlargement of Time to File Dispositive Motions (Doc. 54).  As grounds, Defendant says its motion to dismiss is pending and that while it anticipates being dropped as a party, that has not occurred.  The motion is D ENIED.  Defendant has not shown that manifest injustice would result if the motion was not granted.  See, the Court's Case Management and Scheduling Order(Doc. 30).

DONE AND ORDERED in Orlando, Florida, on January 6, 2014.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel